AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
WESTERN District of KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **5:11CR-37-R** |
| | ) | |
| **CLINTON BROWN** | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | **UNITED STATES COURTHOUSE**<br>**501 BROADWAY**<br>**PADUCAH, KENTUCKY** | Courtroom No.: | **3 (Third Floor)** |
|---|---|---|---|
| | | Date and Time: | **October 3, 2011, @ 11:00 a.m. C.T.  or as soon as possible** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Sept. 28th, 2011

_____
*Judge's signature*

**W. DAVID KING, magistrate judge**
*Printed name and title*